No. D–182. IN RE DISBARMENT OF BLONDES. Disbarment entered. [For earlier order herein, see 444 U. S. 977.]

No. D–191. IN RE DISBARMENT OF SCHILPP. It is ordered that Thomas F. Schilpp, of Lansdowne, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–192. IN RE DISBARMENT OF CRUMPACKER. It is ordered that Owen W. Crumpacker, of Valparaiso, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 78–1851. HARRIS v. H. SCHULDT REEDEREI, 444 U. S. 839. Respondent is invited to file a response to the petition for rehearing within 30 days.

No. 79–1362. AMERICAN FIDELITY LIFE INSURANCE CO. ET AL. v. ALABAMA FARM BUREAU MUTUAL CASUALTY INSURANCE CO., INC. C. A. 5th Cir.;
No. 79–1406. CITY OF LOS ANGELES v. GREATER WESTCHESTER HOMEOWNERS ASSN. ET AL. Sup. Ct. Cal.;
No. 79–1423. WESTERN & SOUTHERN LIFE INSURANCE CO. v. STATE BOARD OF EQUALIZATION OF CALIFORNIA. Appeal from Ct. App. Cal., 2d App. Dist.; and
No. 79–1469. COSE v. COSE. Sup. Ct. Alaska. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 79–5601. GOMEZ v. TOLEDO. C. A. 1st Cir. [Certiorari granted, 444 U. S. 1031.] Motion of petitioner for leave to file a supplemental brief after argument granted.